IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHASITY C., § § § Plaintiff, § § v. § § KILOLO KIJAKAZI, ACTING § COMMISSIONER OF SOCIAL § SECURITY, § § Defendant. § | Case No. 3:22-CV-1143-D |

# ORDER

The United States Magistrate Judge Court made findings, conclusions, and a recommendation on July 5, 2023. The court has reviewed the findings, conclusions, and recommendations for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 17, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE